IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 22-00462 MCF |
| ALVARADO MUÑOZ, JULIO ANGEL<br>xxx-xx-2662 | *<br>* | CHAPTER 13 |
| DEBTOR | | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULES "A/B" and "C"***
***OFFICIAL FORMS 106A/B and 106C***

**TO THE HONORABLE COURT:**

**COMES NOW, JULIO ANGEL ALVARADO MUÑOZ**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting ***Amended Schedules "A/B" and "C"***, dated April 05, 2022, herewith and attached to this motion.

2. The amendment to Schedule "A/B" is filed to **state under Item #28, the correct amount for the Debtor's 2021 tax refund ($193.00) since the Treasury Department noticed a "mathematical error" in the Debtor's 2021 tax return and which reduced the tax refund to said amount, and under Item #10, to include several firearms owned by the Debtor which, due to an involuntary omission, the same were not initially disclosed, and Schedule "C" is filed to claim the appropriate exemptions for the same under 11 U.S.C. 522(d)(5).**

<u>**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**</u>
**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 5th day of April, 2022.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com

Debtor 1    **JULIO ANGEL ALVARADO MUNOZ**
         First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number    **3:22-bk-462**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

| 3.1 | Make: **Isuzu** <br> Model: **Trooper** <br> Year: **1988** <br> Approximate mileage: <br> Other information: <br> VIN no JACCH58E0J7913268 | Who has an interest in the property? Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> Current value of the entire property? <br> **$1,000.00** | Current value of the portion you own? <br> **$1,000.00** |
|---|---|---|---|---|
| 3.2 | Make: **Hyundai** <br> Model: **Santa Fe FWD** <br> Year: **2015** <br> Approximate mileage: <br> Other information: <br> VIN no 5XYZU3LB1FG293310 | Who has an interest in the property? Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> Current value of the entire property? <br> **$12,490.00** | Current value of the portion you own? <br> **$12,490.00** |

Debtor 1   ALVARADO MUNOZ, JULIO ANGEL              Case number (if known)  3:22-bk-462

3.3  Make: Toyota
Model: RAV4 AWD LE
Year: 2020
Approximate mileage:
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?

$33,621.00          $33,621.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1  Make:
Model:
Year:
Other information:
1987 Bass Tracker 15 Ft.
Serial no BUJ81700E787

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?

$3,500.00           $3,500.00

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    $50,611.00

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   Household Goods and Furnishings                                    $1,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| Debtor 1 | ALVARADO MUNOZ, JULIO ANGEL | Case number *(if known)* 3:22-bk-462 |
|---|---|---|

| One (1) Glock 23/$500.00; One (1) Springfield Mod 2/$500.00; One (1) Ruger 1022/$200.00. | $1,200.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Clothing and personal effects | $400.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| Jewelry | $60.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................... | $2,660.00 |

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

    Institution name:

| | | | | |
|---|---|---|---|---|
| | 17.1. | Savings Account | Cooperativa A/C Morovena<br>Account no x1044 | $130.55 |
| | 17.2. | Savings Account | AEELA<br>Deposits and Dividends<br>Account No xxx-xx-2662 | $278.31 |
| | 17.3. | Savings Account | Cooperativa A/C la Sagrada Familia<br>Account no x1497<br>Savings $327.87<br>Shares $4,239.51 | $4,567.38 |

Debtor 1 **ALVARADO MUNOZ, JULIO ANGEL**  Case number *(if known)* **3:22-bk-462**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes. Give specific information about them..................
    Name of entity:                                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.
    Type of account:         Institution name:
    **Retirement Account**   **PR Government Retirement Funds**
                             Account no xxx-xx-2662                                $796.26

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes.............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes.............  Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                        Current value of the portion you own? Do not deduct secured claims or exemptions.

Debtor 1   ALVARADO MUNOZ, JULIO ANGEL                                    Case number (if known) 3:22-bk-462

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | 2021 Tax Refund | State | $193.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................  $5,965.50

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

Official Form 106A/B                              Schedule A/B: Property                                   page 5
Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    ALVARADO MUNOZ, JULIO ANGEL      Case number *(if known)*   **3:22-bk-462**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................    $0.00

### Part 8: List the Totals of Each Part of this Form

| # | Description | Amount | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................. | | | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $50,611.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $2,660.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $5,965.50 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54**    + | $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $59,236.50 | Copy personal property total | $59,236.50 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $59,236.50 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | JULIO ANGEL ALVARADO MUNOZ | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known) | 3:22-bk-462 | |

■ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Isuzu Trooper 1988  Line from Schedule A/B: **3.1** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Hyundai Santa Fe FWD 2015  Line from Schedule A/B: **3.2** | $12,490.00 | ■ $4,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Hyundai Santa Fe FWD 2015  Line from Schedule A/B: **3.2** | $12,490.00 | ■ $221.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Toyota RAV4 AWD LE 2020  Line from Schedule A/B: **3.3** | $33,621.00 | ■ $1,557.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| 1987 Bass Tracker 15 Ft. Serial no BUJ81700E787  Line from Schedule A/B: **4.1** | $3,500.00 | ■ $3,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

Debtor 1  ALVARADO MUNOZ, JULIO ANGEL    Case number (if known)  3:22-bk-462

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Household Goods and Furnishings**<br>Line from Schedule A/B: **6.1** | $1,000.00 | ■ | $1,000.00 | 11 USC § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **One (1) Glock 23/$500.00; One (1) Springfield Mod 2/$500.00; One (1) Ruger 1022/$200.00.**<br>Line from Schedule A/B: **10.1** | $1,200.00 | ■ | $1,200.00 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing and personal effects**<br>Line from Schedule A/B: **11.1** | $400.00 | ■ | $400.00 | 11 USC § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry**<br>Line from Schedule A/B: **12.1** | $60.00 | ■ | $60.00 | 11 USC § 522(d)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cooperativa A/C Morovena Account no x1044**<br>Line from Schedule A/B: **17.1** | $130.55 | ■ | $130.55 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **PR Government Retirement Funds Account no xxx-xx-2662**<br>Line from Schedule A/B: **21.1** | $796.26 | ■ | $796.26 | 11 USC § 522(d)(12) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2021 Tax Refund**<br>Line from Schedule A/B: **28.1** | $193.00 | ■ | $193.00 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Fill in this information to identify your case:

Debtor 1: JULIO ANGEL ALVARADO MUNOZ

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:22-bk-462

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ JULIO ANGEL ALVARADO MUNOZ
Signature of Debtor 1

Date 4.5.2022

X _____
Signature of Debtor 2

Date _____

```
Label Matrix for local noticing          ORIENTAL BANK-AUTOS                  US Bankruptcy Court District of P.R.
0104-3                                   DE DIEGO LAW OFFICES, PSC            Jose V Toledo Fed Bldg & US Courthouse
Case 22-00462-MCF13                      PO BOX 79552                         300 Recinto Sur Street, Room 109
District of Puerto Rico                  CAROLINA                             San Juan, PR 00901-1964
Old San Juan                             CAROLINA, PR 00984-9552
Tue Apr  5 12:43:41 AST 2022

Coop A/C Sagrada Familia                 DTOP                                 Oriental Bank
PO Box 102                               PO Box 41269                         PO Box 195115
Corozal, PR 00783-0102                   San Juan, PR 00940-1269              San Juan, PR 00919-5115


Oriental Bank-Autos                      Thd/Cbna                             JOSE RAMON CARRION MORALES
PO Box 79552                             PO Box 6497                          PO BOX 9023884
Carolina, PR 00984-9552                  Sioux Falls, SD 57117-6497           SAN JUAN, PR 00902-3884


JULIO ANGEL ALVARADO MUNOZ               MONSITA LECAROZ ARRIBAS              ROBERTO FIGUEROA CARRASQUILLO
PO BOX 1103                              OFFICE OF THE US TRUSTEE (UST)       PO BOX 186
MOROVIS, PR 00687-1103                   OCHOA BUILDING                       CAGUAS, PR 00726-0186
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11
```