IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 22-00462/MCF |
| | * | |
| JULIO ANGEL ALVARADO MUNOZ | * | CHAPTER 13 |
| | * | |
| DEBTOR | | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULES* "I "& "J"
OFFICIAL FORM 106I & 106J**

**TO THE HONORABLE COURT:**

**COMES NOW, JULIO ANGEL ALVARADO MUNOZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedules "I" and "J"*, dated September 14, 2022, herewith and attached to this motion.

2. The amendments to Schedules "I" and "J" are filed **to reflect Debtors' actual income and expenses**, in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and to all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 14th day of September, 2022.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | JULIO ANGEL ALVARADO MUNOZ | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (If known) | 3:22-bk-462 | |

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Fireman | Teacher |
| Employer's name | Dept de Seguridad Publica | Programa Head Start |
| Employer's address | Capital Center Torre Norte 235 Ave Arter<br>Hato Rey, PR 00918 | 2000 Carr 8177 STE 26 PMB 473<br>Guaynabo, PR 00966 |
| How long employed there? | 1 years and 3 months | 9 years |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 2,375.00 | $ 2,078.74 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 2,375.00 | $ 2,078.74 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Debtor 1 ALVARADO MUNOZ, JULIO ANGEL | | Case number (if known) 3:22-bk-462 | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 2,375.00 | $ 2,078.74 |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 209.36 | $ 250.64 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 71.28 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 20.00 | $ 0.00 |
| 5h. | Other deductions. Specify: Fed FICA Med Hospital Ins/EE | 5h.+ | $ 34.44 + | $ 0.00 |
| | DM GOB Seg Soc Choferes | | $ 2.18 | $ 0.00 |
| | Ahorros AEELA | | $ 71.26 | $ 0.00 |
| | GPR Plan Aport Definidas | | $ 201.88 | $ 0.00 |
| | Plan Medico EE Ded | | $ 0.00 | $ 11.70 |
| | Retiro Before Tax EE Ded | | $ 0.00 | $ 20.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 610.40 | $ 282.34 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,764.60 | $ 1,796.40 |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: Christmas Bonus $600/12 | 8h.+ | $ 50.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 50.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,814.60 + $ 1,796.40 | = $ 3,611.00 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | 11. | +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | 12. | $ | 3,611.00 Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
■ Yes. Explain: The Debtor expects to receive a $500.00 salary increase in the month of July 2022.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | JULIO ANGEL ALVARADO MUNOZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | 3:22-bk-462 |

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent............
   Do not state the dependents names.

   | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | Daughter | 1 | ☐ No ■ Yes |
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 350.00

   If not included in line 4:
   4a. Real estate taxes                                               4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance                    4b. $ _____ 0.00
   4c. Home maintenance, repair, and upkeep expenses                   4c. $ _____ 40.00
   4d. Homeowner's association or condominium dues                     4d. $ _____ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ _____ 0.00

Debtor 1 ALVARADO MUNOZ, JULIO ANGEL          Case number (if known) 3:22-bk-462

6. Utilities:
   6a. Electricity, heat, natural gas                                          6a. $    177.00
   6b. Water, sewer, garbage collection                                        6b. $     65.99
   6c. Telephone, cell phone, Internet, satellite, and cable services          6c. $    171.00
   6d. Other. Specify: Gas (dryer & stove)                                     6d. $     35.00
7. Food and housekeeping supplies                                              7.  $    621.00
8. Childcare and children's education costs                                    8.  $    471.67
9. Clothing, laundry, and dry cleaning                                         9.  $     65.00
10. Personal care products and services                                        10. $     40.00
11. Medical and dental expenses                                                11. $     75.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                               12. $    613.34
13. Entertainment, clubs, recreation, newspapers, magazines, and books         13. $     25.00
14. Charitable contributions and religious donations                           14. $      0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                        15a. $     0.00
    15b. Health insurance                                                      15b. $     0.00
    15c. Vehicle insurance                                                     15c. $     0.00
    15d. Other insurance. Specify:                                             15d. $     0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                                   16. $      0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                            17a. $   561.00
    17b. Car payments for Vehicle 2                                            17b. $     0.00
    17c. Other. Specify:                                                       17c. $     0.00
    17d. Other. Specify:                                                       17d. $     0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).   18. $ 0.00
19. Other payments you make to support others who do not live with you.
    Specify:                                                                   19. $      0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                           20a. $     0.00
    20b. Real estate taxes                                                     20b. $     0.00
    20c. Property, homeowner's, or renter's insurance                          20c. $     0.00
    20d. Maintenance, repair, and upkeep expenses                              20d. $     0.00
    20e. Homeowner's association or condominium dues                           20e. $     0.00
21. Other: Specify:                                                            21. +$     0.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                               $     3,311.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.            $     3,311.00

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.          23a. $  3,611.00
    23b. Copy your monthly expenses from line 22c above.                       23b. -$ 3,311.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                                23c. $    300.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.   Explain here: NONE

Official Form 106J                    Schedule J: Your Expenses                              page 2

Fill in this information to identify your case:

Debtor 1: JULIO ANGEL ALVARADO MUNOZ
  First Name / Middle Name / Last Name

Debtor 2:
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:22-bk-462

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ JULIO ANGEL ALVARADO MUNOZ
JULIO ANGEL ALVARADO MUNOZ
Signature of Debtor 1

X _____
Signature of Debtor 2

Date September 14, 2022

Date _____

```
Label Matrix for local noticing          COOP. A/C LA SAGRADA FAMILIA         (p)DE DIEGO LAW OFFICE PSC
0104-3                                   CALLE BOU #38                        ATTN ORIENTAL BANK-AUTOS
Case 22-00462-MCF13                      PO BOX 102                           P O BOX 79552
District of Puerto Rico                  COROZAL, PR 00783-0102               CAROLINA PR 00984-9552
Old San Juan
Tue Sep 13 10:20:48 AST 2022

US Bankruptcy Court District of P.R.     Coop A/C Sagrada Familia             DEPARTMENT OF TREASURY
Jose V Toledo Fed Bldg & US Courthouse   PO Box 102                           BANKRUPTCY SECTION 424 B
300 Recinto Sur Street, Room 109         Corozal, PR  00783-0102              PO BOX 9024140
San Juan, PR 00901-1964                                                       SAN JUAN, PR 00902-4140


(p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB   EASTERN AMERICA INSURANCE    Oriental Bank
P O BOX 41269                            PO BOX 9023862                       PO Box 195115
SAN JUAN PR 00940-1269                   SAN JUAN, PR  00902-3862             San Juan, PR  00919-5115


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Thd/Cbna                             JOSE RAMON CARRION MORALES
PO BOX 41067                             PO Box 6497                          PO BOX 9023884
NORFOLK VA 23541-1067                    Sioux Falls, SD  57117-6497          SAN JUAN, PR 00902-3884


JULIO ANGEL ALVARADO MUNOZ               MONSITA LECAROZ ARRIBAS              ROBERTO FIGUEROA CARRASQUILLO
PO BOX 1103                              OFFICE OF THE US TRUSTEE (UST)       PO BOX 186
MOROVIS, PR 00687-1103                   OCHOA BUILDING                       CAGUAS, PR 00726-0186
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ORIENTAL BANK-AUTOS                      DTOP                                 (d)Oriental Bank-Autos
DE DIEGO LAW OFFICES, PSC                PO Box 41269                         PO Box 79552
PO BOX 79552                             San Juan, PR  00940-1269             Carolina, PR 00984-9552
CAROLINA
CAROLINA, PR 00984-9552


Portfolio Recovery Associates, LLC       End of Label Matrix
POB 12914                                Mailable recipients    14
Norfolk, VA 23541                        Bypassed recipients     0
                                         Total                  14
```